1  Steven J. Skikos (SBN 148110)
   **LOPEZ, HODES**
2  625 Market Street, 11th Floor
3  San Francisco, CA 94105
   Telephone: 415-956-5257
4  Facsimile: 415-956-4416

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISON

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. C-06-5643-CRB<br>MDL DOCKET NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to<br><br>JERI L. GARZA, an individual, and as administrator of the Estate of GERALD A. COLBY, LYNN NIEKRASZ, ANN HARPER, and CAROL COLBY,<br><br>Plaintiffs,<br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, JERI L. GARZA, LYNN NIEKRASZ, ANN HARPER, and CAROL COLBY, and Defendants, by and through the undersigned attorneys, pursuant to Federal

1

1 | Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action **with**
2 | **prejudice** with each side bearing its own attorneys' fees and costs.

Dated: 10/14, 2009                        LOPEZ HODES

By: /s/ (signature)
Steven J. Skikos
Attorneys for Plaintiffs, JERI L. GARZA, LYNN NIEKRASZ, ANN HARPER, CAROL COLBY

Dated: Oct. 22, 2009                      DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

OCT 2 8 2009
Dated: _____, 2009

Hon. Charles R. Breyer
United States District Judge

2